## IN THE UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF KENTUCKY, LOUISVILLE DIVISION

| | |
|---|---|
| SAMANTHA GEORGE, by and through her Personal Representative and Executrix, THERESA GEORGE | **ORDER TO REMAND** |
| Plaintiff, | Case No. 3:13-cv-822-M |
| vs. | |
| CORIZON, INC., et al | |
| Defendants. | |

Upon motion of the Plaintiff, and the Court having considered the matter, including the memorandums filed in support and in opposition of the motion, and the Court being otherwise duly and sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff's motion, made pursuant to 28 U.S.C. § 1447, to remand the action back to state court is GRANTED. The action is remanded to the Jefferson Circuit Court, where it was originally pending as Civil Action No. 13-CI-3896.

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

October 17, 2013

Copies to:  Counsel of record
            Jefferson Circuit Court Clerk